**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES E. SYKES | § | |
| VS. | § | CIVIL ACTION NO.   9:18-CV-88 |
| CECILIA C. OKOYE, ET AL. | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James E. Sykes, a prisoner previously confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends granting plaintiff's motion to dismiss defendants Maria Turner, Jeffery Langley, Tawona Holmes, Robert Friedman, Jacqueline Simon, and Justin Thomas from this action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 87) is **ACCEPTED**. Plaintiff's motion to dismiss (document no. 62) is **GRANTED**, and defendants Maria Turner, Jeffery Langley, Tawona Holmes, Robert Friedman, Jacqueline Simon, and Justin Thomas are **DISMISSED** from this action.

So ORDERED and SIGNED, Jan 13, 2021.

Ron Clark
Senior Judge