**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES E. SYKES | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-88 |
| CECILIA C. OKOYE, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James E. Sykes, a prisoner previously confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Cecilia C. Okoye, Mark Roberts, Ruth E. Brouwer, and Camden Health Care.

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting the motion to dismiss filed by defendant Camden Health Care.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

**NOT FOR PRINTED PUBLICATION**

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that the objections lack merit.

## ORDER

Plaintiff's objections (document no. 92) are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 88) is **ACCEPTED**. Defendant Camden Health Care's motion to dismiss (document no. 57) is **GRANTED**. Defendant Camden Health Care is **DISMISSED** from this action.

So ORDERED and SIGNED, Mar 24, 2021.

Ron Clark
Senior Judge